ACCEPTED
01-14-00229-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 8:50:06 AM
CHRISTOPHER PRINE
CLERK

### No. 01-14-00229-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

——————◆——————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/9/2015 8:50:06 AM

CHRISTOPHER A. PRINE
Clerk

### No. 1415067
In the 338th District Court
Of Harris County, Texas

——————◆——————

**KELVIN LYNN O'BRIEN**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

——————◆——————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with engaging in organized crime from August 2007 through April 2013 (CR – 10). He pled "not guilty" to the charge, and the case was tried to a jury (CR – 883). The jury found him guilty, and the trial court thereafter assessed punishment at life in prison on March 6, 2014 (CR – 883). The appellant filed notice of appeal the

same day, and the trial court certified that he had the right to appeal (CR – 886-887).

2. The State's brief is due on January 9, 2015. The State hereby requests a 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The record in this case is over 417 megabytes in length split over 34 volumes and will take an extraordinary amount of time to process.

    b. The undersigned attorney is responsible for screening every bill filed in the Texas Legislature to determine its possible impact on the Harris County District Attorney's Office, and this task has consumed a large amount of time since pre-filing started in the Texas Legislature in November 2014.

    c. The undersigned attorney researched and answered by email more than fifty legal questions of trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

    d. The undersigned attorney has been devoting a substantial amount of time in abatement proceedings in the 339th District Court pursuant to an abatement order in cause number 1327402. Such abatement proceedings involved the collection of evidence from witnesses, numerous hearings before the trial court on the issues, and the drafting of and argument over proposed findings of the parties.

    e. The undersigned attorney is responsible for supervising six other appellate prosecutors, and has spent a substantial amount of time reviewing the briefs of those prosecutors, attending their oral arguments, and assisting in the preparation of both during that time period. The undersigned attorney has also been responsible for

training a new appellate prosecutor, which requires more intense supervision and editing, and therefore, more of a time commitment.

f.  The undersigned attorney has been involved in completing the following written appellate project since the appellant filed his brief:

   (1)    Cody Carr v. The State of Texas
          No. 14-14-00087-CR
          Brief filed December 22, 2014

   (2)    Greg Saldinger v. The State of Texas
          No. 14-14-00402-CR
          Brief filed December 24, 2014

   (3)    Stephen Webb v. The State of Texas
          No. 01-14-00174-CR
          Brief filed January 5, 2015

   (4)    Kelvin O'Brien v. The State of Texas
          No. 01-14-00229-CR
          Brief due January 9, 2015

   (5)    Antonio Perez v. The State of Texas
          No. 01-12-01001-CR
          Supplemental briefing requested by First Court of
          Appeals due January 12, 2015

   (6)    Bobby Peyronel v. The State of Texas
          No. 01-13-00198-CR
          Brief on PDR due January 16, 2015

   (7)    Brogan Melchior v. The State of Texas
          No. 14-14-00454-CR
          Brief due January 16, 2015

(8)     Jose Vasquez v. The State of Texas
        No. 14-12-00096-CR
        PDR due January 22, 2015

(9)     Alex Gonzalez v. The State of Texas
        No. 01-14-00434-CR
        Brief to be filed January 30, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Kyle Sampson
Attorney at Law
917 Franklin, Suite 310
Houston, Texas  77002
kyle@kylesampsonlaw.com

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
TBC No. 796910

Date:  January 9, 2015